## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

KINGRALE COLLINS
ADC #SK945                                                                                          PLAINTIFF

V.                              5:09CV00155 BSM/JTR

GRANT HARRIS, Warden, Varner Unit;
and REVONNA WALKER;
Classification Officer, Varner Super Max                                     DEFENDANTS

### **JUDGMENT**

     Consistent with the Order of Dismissal that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that, pursuant to Local Rule 5.5(c)(2), this case is DISMISSED, WITHOUT PREJUDICE, due to Plaintiff's failure to timely and properly comply with the Court's June 3, 2009 Order.   Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order of Dismissal would not be taken in good faith.

     DATED this 9th day of July, 2009.


                                                             UNITED STATES DISTRICT JUDGE